Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff PAUL CONKLIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CONKLIN,<br><br>    Plaintiff<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | CASE NO. 2:18-cv-00336-R-SK<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

  Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: June 18, 2018

                HON. MANUEL L. REAL
                UNITED STATES DISTRICT JUDGE

JS-6

Order For Dismissal
1